No. 11–5445. COBBLE v. OWENS, COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–5446. LARKIN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–5447. JAIME v. ALMAGER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–5448. NELSON v. LEEK, CIRCUIT CLERK, DESHA COUNTY CIRCUIT COURT. C. A. 8th Cir. Certiorari denied.

No. 11–5449. OLIVER v. KANAN ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–5450. MITCHELL v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–5451. JARVIS v. STAPLES, INC. C. A. 4th Cir. Certiorari denied.

No. 11–5452. ELTAYIB v. DEWALT, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–5453. COLLINS v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 11–5454. VILLAR v. PATTERSON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 11–5455. WHITE v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 11–5458. ROGERS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5459. SCOTT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–5460. SAUCEDO-ROMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5461. SURLES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.